**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-62565-RAR**

**JESSICA L. MCCOMB**,

    Plaintiff,

v.

**CREDENCE RESOURCE MANAGEMENT LLC**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court for a status conference on January 22, 2021 [ECF No. 12]. The parties discussed the claims at issue and indicated that an amicable resolution of said claims is imminent. The Court finds that the favorable prospect of settlement of this matter supports granting the parties the necessary time to finalize such an agreement.

Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of January, 2021.

_____
    **RODOLFO A. RUIZ II**
    **UNITED STATES DISTRICT JUDGE**